IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TAKHIR SABIROV,**
**A-094-867-365,**

    **Petitioner,**

vs.                                       Case No. 4:11cv622-MP/WCS

**ERIC H. HOLDER JR., et al.,**

    **Respondents.**

_____ /

## REPORT AND RECOMMENDATION

    Petitioner, proceeding *pro se*, initiated this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on December 14, 2011.  Doc. 1.  Service was directed, doc. 3, and on January 27, 2012, Respondents filed a motion to dismiss.  Doc. 9.  Respondents advise that he was released from custody on January 24, 2012.  Attached to the motion to dismiss doc. 9, is an order of supervision.  Respondents contend that the petition is now moot and should be dismissed.  *Id.*

    Petitioner is a native and citizen of Uzbekistan, who states he had been in custody since May 15, 2011.  Doc. 1.  Petitioner's only request for relief in the § 2241 petition was release from custody and continued detention.  *Id.*, at 11.  As Petitioner has

been granted the relief sought in this petition, it should be dismissed as moot. There is no further judicial remedy available to Petitioner. The Clerk of Court will be directed to provide a copy of this report and recommendation to Petitioner at the forwarding address provided by Respondents. Doc. 9-1, p. 3.

Accordingly, it is **ORDERED** that the Clerk of Court shall send a copy of this report and recommendation to Petitioner at the address provided by Respondents: 3571 Australian Circle, Winter Park, Florida 32792. Doc. 9, Ex. 1 (doc. 9-1, p. 3).

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 9, be **GRANTED** and the petition for writ of habeas corpus, doc. 1, be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on January 31, 2012.


 S/    William C. Sherrill, Jr.
 **WILLIAM C. SHERRILL, JR.**
 **UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**