# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

TAKHIR SABIROV,

    Petitioner,

v.                              CASE NO. 4:11cv622-MP-WCS

ERIC H. HOLDER, JR., et al.,

    Respondents.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 31, 2012.  (Doc. 10).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.   The motion to dismiss (doc. 9) is granted, and the petition for writ of habeas corpus (doc. 1) is dismissed as moot.

    **DONE and ORDERED** this 3rd day of March, 2012.

                              *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **CHIEF UNITED STATES DISTRICT JUDGE**